UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM CRISTO, JR. M.D., <br><br> Plaintiff, <br><br> v. <br><br> BRUCE GORDON, DIRECTOR, NORTHAMPTON VETERANS ADMINISTRATION MEDICAL CENTER, and UNITED STATES OF AMERICA, <br><br> Defendants. | 2004 SEP 21 P 2:53 <br><br> Civil Action <br> DISTRICT OF MASS. <br><br> 4 12034 <br><br> MAGISTRATE JUDGE MBB |

RECEIPT #_____
AMOUNT $X N/A
SUMMONS ISSUED N/A
LOCAL RULE 4.1____
WAIVER FORM____
MCF ISSUED____
BY DPTY. CLK. FDW
DATE 9/21/04

**NOTICE OF REMOVAL**

The Defendants, United States of America and Bruce Gordon, by his attorney, hereby give notice pursuant to 28 U.S.C. § 1446(a) of their removal of this lawsuit to the United States District Court for the District of Massachusetts. As grounds for the removal, the Defendants state that Bruce Gordon was acting within the scope of his office or employment at the time of the incident out of which the claim arose, and therefore are entitled to remove the action pursuant to 28 U.S.C. § 2679(d)(2).

UNITED STATES OF AMERICA
and Bruce Gordon,

By their attorneys,

Michael J. Sullivan
United States Attorney,

*/s/ Rayford A. Farquhar*
Rayford A. Farquhar
Assistant U.S. Attorney
1 Courthouse Way,
Suite 9200
Boston, MA 02210
(617) 748-3100

CERTIFICATE OF SERVICE

Suffolk, ss.                                    Boston, Massachusetts
                                                September 21, 2004

I hereby certify that a true copy of the above document was served upon the Pro Se plaintiff, William Cristo, Jr. M.D., 241 Elliot Street, Newton, MA 02464.

*/s/ Rayford A. Farquhar*
Rayford A. Farquhar
Assistant U.S. Attorney