UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 SEP 21 P 2: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

```
_____
                                 )
WILLIAM CRISTO, JR. M.D.,        )
                                 )
         Plaintiff,              )   Civil Action
                                 )   No.
         v.                      )
                                 )
BRUCE GORDON,                    )
DIRECTOR, NORTHAMPTON            )
VETERANS ADMINISTRATION          )
MEDICAL CENTER,                  )
                                 )
         Defendant.              )
                                 )
_____)
```

## NOTICE OF SUBSTITUTION

Please take notice that pursuant to 28 U.S.C. § 2679(d)(1), the United States is hereby substituted for the individual defendant, Bruce Gordon, with respect to any and all causes of action based on state law.  The grounds for this substitution are:

1.  The plaintiff has brought an action against Bruce Gordon, alleging that the plaintiff sustained monetary damages when Bruce Gordon made a decision to withhold the plaintiff's final paycheck to offset the plaintiff's special pay liability. Thus, the plaintiff has alleged a breach of contract claim against Bruce Gordon.  At the time of the incident alleged in the plaintiff's complaint, Bruce Gordon was in the scope of his employment for the United States.

2.  The United States Attorney for the District of Massachusetts has certified pursuant to 28 U.S.C. §§ 2679(d)(1)

2

and (2), and 28 C.F.R. § 15.3, that at the time of the conduct alleged, Bruce Gordon was acting within the scope of his employment as an employee of the United States.

3. Upon certification that a federal employee was acting within the scope of his office or employment at the time of the incident out of which a state law claim arises, any civil action based on the incident shall be deemed an action against the United States, and the United States shall be substituted as the sole defendant with respect to the state law claims. 28 U.S.C. § 2679(d)(1) and (2).

The Court is respectfully referred to the Certification of Scope of Employment filed together with this notice. A draft order amending the caption of this case to reflect the substitution of the United States is attached hereto for the convenience of this Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ Rayford A. Farquhar
Rayford A. Farquhar
Assistant U.S. Attorney
1 Courthouse Way, Ste. 9200
Boston, MA 02210
617-748-3100

3

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                       Boston, Massachusetts
                                                   September 21, 2004

    I hereby certify that a true copy of the above document was served upon the Pro Se plaintiff, William Cristo, Jr., M.D., 241 Elliot Street, Newton, MA 02464.

                                                                            Rayford A. Farquhar
                                                                            Assistant U.S. Attorney