UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM CRISTO, JR. M.D., ) | FILED<br>IN CLERKS OFFICE |
| Plaintiff, ) | Civil Action<br>No. 2004 SEP 21  P 2: 53 |
| v. ) | U.S. DISTRICT COURT<br>DISTRICT OF MASS. |
| BRUCE GORDON, )<br>DIRECTOR, NORTHAMPTON )<br>VETERANS ADMINISTRATION )<br>MEDICAL CENTER, ) | 04-12034 RCL |
| Defendant. ) | |

### CERTIFICATE OF UNITED STATES ATTORNEY

Pursuant to 28 U.S.C. § 2679(d)(1), as amended by Pub. L. No. 100-694 (Nov. 18, 1988), and by the authority vested in me by 29 C.F.R. § 15.3, I hereby certify that:

On the basis of the information now available with respect to the incident referred to in the Complaint filed in the Trial Court of Massachusetts, Small Claims Session, District Court of Newton, Docket No. 0412SC389, the individual-named defendant Bruce Gordon was acting within the scope of his employment as an employee of the United States.

Respectfully submitted:

/s/ GERARD LEONE   9/21/04
Acting U.S. Attorney
Rayford A. Farquhar
Assistant U.S. Attorney
1 Courthouse Way
Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: September 22, 2004    by R.A.F.