

U.S. Department of Justice

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

---

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

Don Stanhope, Docket Clerk
U.S. District Court
District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

October 5, 2004

Re:   Cristo v. United States; D. Mass. 04-12034-RCL

Mr. Stanhope:

Per the *Removal* filed in the above-referenced matter on September 21, 2004, enclosed please find certified copies of the Statement of Small Claim and Notice of Trial from the Trial Court of Massachusetts, Small Claim Session, Newton Division, docket number 0412SC389, and the docket from that action.

Sincerely,

Rayford A. Farquhar
Assistant U.S. Attorney
(617) 748-3284

RAF:dmg
Enclosures

cc:   William Cristo, Jr., M.D.
      241 Elliot Street
      Newton, MA 02464

# STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL

**Trial Court of Massachusetts — Small Claims Session**

Docket No. 0412SC389

- [ ] BOSTON MUNICIPAL COURT
- [X] DISTRICT COURT — Newton Division
- [ ] HOUSING COURT

**PART 2 — PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE**
William Cristo, Jr., MD
241 Elliot St.
Newton, MA 02464
PHONE NO: 617-382-5382

**PLAINTIFF'S ATTORNEY (if any):** (none)

**PART 3 — DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE**
Bruce Gordon
Director, Northampton VAMC
Leeds, MA 01053-9764
PHONE NO: 413-584-4040

**PART 4 — PLAINTIFF'S CLAIM.** The defendant owes $2,000.00 plus $40.00 court costs for the following reasons:

Mr. Gordon egregiously, out of the scope of his employment, refuses to accept 3 MD notes, a nurse's note and a hospital note as a basis for breach of contract. No reason was given. Further, they (he & his attorney) threatened me by seizing my last paycheck while I was hospitalized and threatening to sue me for frivolous litigation. Also, Dr. Boutelle, my former boss, has advised me that no doctor has ever won a lawsuit for breach of K regardless of circumstances. I am fined $7,000 for this alleged breach.

SIGNATURE OF PLAINTIFF: W Cristo Jr    DATE 6/9/04

**PART 5 — MEDIATION:** Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
- [ ] The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6 — MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:
- [X] above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.
- [ ] above defendant(s) is (are) serving in the military

A True Copy: Attest: Ronald A. Schultz
SIGNATURE OF PLAINTIFF: W Cristo Jr    DATE 6/10/04

**NOTICE TO DEFENDANT:**
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

FIRST JUSTICE: Dyanne J. Klein
CLERK-MAGISTRATE OR DESIGNEE: Henry H. Shultz

NAME AND ADDRESS OF COURT:
District Court of Newton
1309 Washington Street
West Newton, MA 02465

DATE AND TIME OF TRIAL: 10/13/04 AT 10:00 AM
ROOM NO: COURTROOM #2

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

**INSTRUCTIONS FOR FILING A SMALL CLAIM** — You must complete Parts 1-6 of this form. See instructions on reverse

DC-SC-1 (8/86)

# Small Claims DOCKET 

**DOCKET NUMBER:** 200412SC000389

**Trial Court of Massachusetts, District Court Department**

**CASE NAME:** WILLIAM CRISTO, JR. vs. BRUCE GORDON

**CURRENT COURT:**
Newton District Court
1309 Washington Street
W NEWTON, MA 02465-2011
(617) 244-3600

**ASSOCIATED DOCKET NO.:**

**DATE FILED:** 06/18/2004

**DATE DISPOSED:** 09/23/2004

**PLAINTIFF(S):**
P01 WILLIAM CRISTO JR.
241 ELLIOT ST.
NEWTON UPPER FALLS, MA 02464
(617) 382-5582

**PLAINTIFF'S ATTORNEY:**

**DEFENDANT(S)/OTHER SINGLE PARTIES:**
D01 BRUCE GORDON
DIRECTOR NORTHAMPTON VAMC
LEEDS, MA 01053
(413) 584-4040

**DEFENDANT'S ATTORNEY:**
MICHAEL J. SULLIVAN
ONE COURTHOUSE WAY
SUITE 9200
BOSTON, MA 02210
(617) 748-3100

| NO. | ENTRY DATE | DOCKET ENTRIES |
|-----|------------|----------------|
| 1 | 06/18/2004 | Statement of Small Claim entered on 06/18/2004 at Newton District Court. |
| 2 | 06/18/2004 | Filing fee of $30.00 and surcharge of $10.00 paid (G.L. c.218 §22; 262 §4C). |
| 3 | 06/18/2004 | MAGISTRATE TRIAL SCHEDULED for 10/13/2004 10:00 AM. |
| 4 | 06/18/2004 | Small claim notice of trial issued to plaintiff(s) by first class mail, and to defendant(s) by certified and first class mail (Uniform Small Claims Rule 3(a)). |
| 5 | 07/12/2004 | Return of service on small claim notice of trial to D01 BRUCE GORDON: Certified mail returned DELIVERED; signed receipt returned. |
| 6 | 09/23/2004 | MAGISTRATE TRIAL SCHEDULED on 10/13/04 CANCELED. Reason: Notice of removal of the above - entitled action from the Newton District Court, to the United States District Court for the District of Massachusetts was filed on 9/21/04 by defendants attorney. ( OK. Assistant Clerk Ronald Petralia ) |
| 7 | 09/23/2004 | Case Inactivated: No future events scheduled. |

**A TRUE COPY, ATTEST:** X *[signature]* Ronald A. Petralia

**CLERK-MAGISTRATE/ASST. CLERK**

**DATE:** 9-23-04

Page 1 of 2

Date/Time Printed: 09/23/2004 03:44 PM

**DOCKET CONTINUATION**

**DOCKET NUMBER:** 200412SC000389

**DOCKET ENTRIES**

| NO. | ENTRY DATE | |
|---|---|---|
| 8 | 09/23/2004 | Appearance for Bruce Gordon filed by Attorney MICHAEL J. SULLIVAN One Courthouse Way Suite 9200 Boston MA 02210 BBO# 487210 |

Page 2 of 2
Date/Time Printed: 09/23/2004 03:44 PM

A TRUE COPY, ATTEST:
CLERK-MAGISTRATE/ASST. CLERK
X [signature]
DATE 9-23-04

1309 WASHINGTON STREET
WEST NEWTON, MA 02465
(617) 244-3600

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _Robert S Nowak_ (☐ Addressee ☑ Agent)
B. Received By: (Please Print Clearly) ROBERT S NOWAK
C. Date of Delivery: 7-8-04
D. Addressee's Address (If Different From Address Used by Sender)
Secondary Address / Suite / Apt. / Floor (Please Print Clearly)
Delivery Address
City    State    Zip + 4 Code

(Extra Fee) ☐ Yes   CERTIFIED
2. Article Number: 7101 7600 1760 0000 7155

1. Article Addressed To:
BRUCE GORDON
DIRECTOR NORTHHAMPTON VAMC
LEEDS MA 01053

A True Copy:
Attest _[signature]_