UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                    )
WILLIAM CRISTO, JR. M.D.,           )
                                    )   Civil Action
       Plaintiff,                   )   No.
                                    )
       v.                           )   04-12034 RCL
                                    )
BRUCE GORDON,                       )
DIRECTOR, NORTHAMPTON               )
VETERANS ADMINISTRATION             )
MEDICAL CENTER,                     )
                                    )
       Defendant.                   )
_____)
```

### ORDER

The Court having been fully apprised that the United States Attorney has certified that Bruce Gordon was acting within the scope of her employment at the time of the incident giving rise to this suit when he made a decision to withhold William Cristo's final paycheck to offset Cristo's special pay liability. The Court having been apprised of the substitution of the United States as the defendant pursuant to 28 U.S.C. § 2679(d)(2), it is hereby

ORDERED that the claims set forth in the Complaint are dismissed with respect to the individual defendant Bruce Gordon, and

It is further ORDERED that the caption of this action shall be amended to reflect the substitution of the United States for Bruce Gordon as the defendant.

_____
UNITED STATES DISTRICT JUDGE

DATED: October 18, 2004