# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>04-12034-RCL</u>

WILLIAM CRISTO, M.D.
Plaintiff

v.

UNITED STATES
Defendant

## NOTICE OF CONFERENCE

LINDSAY, D.J.

    TAKE NOTICE that the above-entitled case has been set for Status Conference at **2:30PM**, on **April 21, 2005,** in Courtroom No. 11, 5th floor.

By the Court,

/s/ Lisa M. Hourihan
_____
Deputy Clerk

March 3, 2005

To: All Counsel