```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
_____
                              )
WILLIAM CRISTO, JR., M.D.,    )
     Plaintiff,               )
                              )
v.                            )    No. 04-12034-RCL
                              )
UNITED STATES OF AMERICA,     )
                              )
     Defendant.               )
_____)
                              )
```

**MOTION OF THE DEFENDANT UNITED STATES
TO DISMISS THE COMPLAINT PURSUANT
TO FED. R. CIV. P. 12(b)(1),
<u>FOR LACK OF SUBJECT MATTER JURISDICTION</u>**

Now comes the defendant, United States of America, by and through its Attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and files this Motion to Dismiss Pursuant To Fed. R. Civ. P. 12(b)(1), and requests the Court to dismiss the Complaint because the Court lacks subject matter jurisdiction. In support of this Motion the defendant incorporates the attached Memorandum with accompanying exhibits.

2

WHEREFORE, based upon the arguments and authorities submitted, the defendant, United States, respectfully moves this Court to grant its Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1).

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              UNITED STATES ATTORNEY


                         By:  /s/Rayford A. Farquhar
                              Rayford A. Farquhar
                              Assistant U.S. Attorney
                              1 Courthouse Way, Ste. 9200
                              Boston, MA 02210
                              617-748-3100
```

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                             Boston,
Massachusetts                                            March 30, 2005

I hereby certify that a true copy of the above document was served upon the Pro Se plaintiff, William Cristo, Jr., M.D., 241 Elliot Street, Newton, MA 02464.

```
                              /s/Rayford A. Farquhar
                              Rayford A. Farquhar
                              Assistant U.S. Attorney
```

**LOCAL RULE 7.1 CERTIFICATION**

I, Rayford A. Farquhar, Assistant United States Attorney, herein certify that I was unable to discuss this Motion to Dismiss with the Pro Se plaintiff prior to filing the Motion.

```
                              /s/Rayford A. Farquhar
                              Rayford A. Farquhar
                              Assistant U.S. Attorney
```