UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM CRISTO, JR., M.D., ) | |
| ) | Civil Action |
| Plaintiff, ) | No. 04-12034-RCL |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DECLARATION OF EDWARD J. LUKEY

I, Edward J. Lukey, am the Regional Counsel for the Department of Veterans Affairs (VA), Region 1, located in Bedford, Massachusetts. My office's jurisdiction includes jurisdiction over VA cases filed in the State of Massachusetts.

In my capacity as Regional Counsel I am responsible for the handling, investigation, and disposition of administrative tort claims filed with the Department under the provision of the Federal Tort Claims Act for all claims of negligence arising out of alleged acts or omissions of employees of the Department within my jurisdiction, including Massachusetts.

Further, I am responsible for maintenance of records pertaining to current and closed claims, and that all records, both paper and electronic data entries, pertaining to such tort claims as described are routinely kept in one of my offices, and in my computer data system.

I have made a thorough search of the records in my offices, including files and automated data entries, including searching the data base by the name of the individual, and there is no information or indication that any administrative tort claim (SF 95) or similar written notice has ever been filed by William Cristo, Jr.

Page 2

I, Edward J. Lukey, declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing is true and correct. Executed this 28th day of March 2005.

Edward J. Lukey
Regional Counsel, Region I
Bedford, Massachusetts