241 Elliot Street
Newton, MA 02464
May 12, 2005

FILED
CLERKS OFFICE
2005 MAY 13 P 1: 05
U.S. DISTRICT COURT
DISTRICT OF MASS

Ms Lisa Hourihan
Deputy Clerk
US District Court
Moakley Court House
1 Courthouse Way, Suite 2300
Boston, Mass. 02210

RE 04-120334-RCL, Cristo v United States

Dear Ms. Hourihan

I would like to withdraw the above action as I am appealing to the U S Court of Federal Claims in Washington, DC.

My special thanks to Judge Lindsay for his infinite patience. He should be nominated to Sainthood

Warmest Regards,

W Cristo, Jr., M.D.