UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**WILLIAM CRISTO, JR., M.D.**

V.                                    CIVIL ACTION NO. **04-12034-RCL**

**UNITED STATES**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

In accordance with the Court's Order of June 9, 2005 allowing the motion to dismiss of the defendant United States, Judgment is hereby entered as follows: Judgment for the defendant, United States dismissing this action.

June 9, 2005                                    /s/ Lisa M. Hourihan
                                                            Deputy Clerk